

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00310-CV

Enrique **LOPEZ** d/b/a Maternidad La Piedad,
Appellant

v.

Marina Edith **OSUNA**, Individually and as Next Friend for S.E.G., Minor Child,
and Benito Gonzalez Cantu,
Appellees

From the 365th Judicial District Court, Maverick County, Texas
Trial Court No. 13-10-28869-MCVAJA
Honorable Amado J. Abascal III, Judge Presiding

BEFORE CHIEF JUSTICE STONE, JUSTICE ANGELINI, AND JUSTICE BARNARD

In accordance with this court's opinion of this date, the trial court's order is REVERSED and this cause is REMANDED to the trial court for rendition of judgment dismissing appellees', Marina Edith Osuna, Individually and as Next Friend for S.E.G., Minor Child, and Benito Gonzalez Cantu, claims with prejudice and awarding appellant, Enrique Lopez d/b/a Maternidad La Piedad, reasonable attorney's fees and costs of court.

We order that appellant Enrique Lopez d/b/a Maternidad La Piedad recover his costs of this appeal from appellees Marina Edith Osuna, Individually and as Next Friend for S.E.G., Minor Child, and Benito Gonzalez Cantu.

SIGNED November 26, 2014.

_Marialyn Barnard_
Marialyn Barnard, Justice